FILED
November 15, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )   Case No. 2:12-CR-00386-JAM
            Plaintiff,              )
v.                                  )   ORDER FOR RELEASE OF
                                    )   PERSON IN CUSTODY
EVAN PATRICK DENNEY,                )
                                    )
            Defendant.              )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release EVAN PATRICK DENNEY, Case No. 2:12-CR-00386-JAM, Charge 21 USC §§ 841(a)(1), 843, 846, 844, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__  Release on Personal Recognizance

✔  Bail Posted in the Sum of $ 100,000

   ✔  Unsecured Appearance Bond $ 90,000 co-signed ($50,000 by mother; $40,000 by father)

   ✔  Appearance Bond with Surety $10,000 cash bond by father

   __  Corporate Surety Bail Bond

   ✔  (Other)   With pretrial supervision and conditions of release as stated on the record in open court

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on November 15, 2012 at 2:00 pm.

By _____
Dale A. Drozd
United States Magistrate Judge