1  MARK J. REICHEL, State Bar #155034
   THE LAW OFFICES OF MARK J. REICHEL
2  455 CAPITOL MALL, 3rd FLOOR, Suite 350
   Sacramento, California  95814
3  Telephone: (916) 498-9258
   FAX:       (916) 441-6553
4  mark@reichellaw.com
   www.reichellaw.com
5
   Attorney for Defendant
6  EVAN DENNY

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )  Case No. CR-S-12-386 JAM
                                )
12           Plaintiff,         )  **STIPULATION AND ORDER FOR**
                                )  **CONTINUANCE OF STATUS**
13      v.                      )  **CONFERENCE; ORDER**
                                )
14                              )  Date: May 7, 2013
                                )  Time: 9:45 a.m.
15 EVAN DENNY                   )  Judge: Hon. JOHN A. MENDEZ
                                )
16           Defendants.        )
17 _____

18      IT IS HEREBY STIPULATED by and between the parties

19 hereto through their respective counsel, JUSTIN LEE,

20 Assistant United States Attorney, attorney for Plaintiff, and

21 MARK J. REICHEL, Esq., attorney for defendant DENNY, that the

22 present dates for the status hearing be re calendared for May

23 7, 2013 at 9:45 a.m.

24      This continuance is requested as defense counsel needs

25 adequate time to prepare for the case, and the defense is

26 still reviewing the discovery and will be researching

27 matters. As well, defense counsel will be in negotiations

28

1 with the government in an effort to resolve the case.
2      Accordingly, all counsel and defendant agree that time
3 under the Speedy Trial Act from the date this stipulation is
4 lodged, through May 7, 2013 should be excluded in computing
5 the time within which trial must commence under the Speedy
6 Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv)
7 and Local Code T4.

DATED: April 11, 2013.     Respectfully submitted,
                           MARK J. REICHEL, ESQ.

                           */s/ MARK J. REICHEL*
                           MARK J. REICHEL
                           Attorney for defendant


                           BENJAMIN WAGNER
                           United States Attorney

DATED: April 11, 2013      */s/MARK J. REICHEL* for:
                           JUSTIN LEE
                           Assistant U.S. Attorney
                           Attorney for Plaintiff

2

**ORDER**

IT IS SO ORDERED. For the reasons set forth above, the court finds that there is GOOD CAUSE for the continuance and the exclusion of time, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is excluded pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) and Local Code T4.

DATED: April 11, 2013.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
United States District Court Judge