MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
EVAN DENNY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-S-12-386 JAM |
| Plaintiff, | **STIPULATION AND ORDER FOR DEFENDANT TO TRAVEL FOR ATTORNEY MEETING;ORDER** |
| v. | |
| | Date: December 18, 2013 |
| | Time: |
| EVAN DENNY | Judge: Hon. ALLISON CLAIRE |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JUSTIN LEE, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant DENNY, that the defendant may travel from his residence in the Northern District to the office of his attorney for a legal visit. The requested date and time is December 18, 2013 at 1:00 p.m. for a 3 hour meeting.

```
DATED: December 17, 2013.        Respectfully submitted,

                                 MARK J. REICHEL, ESQ.

                                 /s/ MARK J. REICHEL
                                 MARK J. REICHEL
                                 Attorney for defendant



                                 BENJAMIN WAGNER
                                 United States Attorney


DATED: December 17,  2013     /s/MARK J. REICHEL for:
                                 JUSTIN LEE
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff
```

**ORDER**

IT IS SO ORDERED.

DATED: December 17, 2013.

*[signature: Allison Claire]*

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2