MARK REICHEL (Cal. SBN #155034)
REICHEL & PLESSER LLP
455 Capitol Mall, Suite 350
Sacramento, CA. 95814
Tel. (916) 498-9258
Fax (888) 567-2949
E-Mail: mark@reichellaw.com

Attorney for Defendant
EVAN DENNY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>EVAN DENNY.<br><br>        Defendant. | No. CR-S-12-386 JAM<br><br>STIPULATION AND<br>ORDER TO REMOVE DEFENDANT FROM<br>PRETRIAL RELEASE SUPERVISION;<br>ORDER<br><br>Date: January 30, 2014<br>Time:<br>Judge: HON. KENDAL J. NEWMAN |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JUSTIN LEE, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant DENNY, that the defendant shell hereinafter be released from PRETRIAL RELEASE SUPERVISION.  All other terms of his bond shall and release remain in full force and effect.

Pretrial Services agrees with this request.

Dated: January 30, 2014                                      Respectfully submitted,

                                                                                    /s/ Mark J. Reichel
                                                                                    Mark J. Reichel
                                                                                    Attorney for Defendant

1

                                                          BENJAMIN WAGNER
                                                          United States Attorney

Dated:  January 30, 2014                   /s/ Mark J. Reichel for
                                                          JUSTIN LEE
                                                          Assistant U.S. Attorney
                                                          Attorney for Plaintiff

**ORDER**

    IT IS SO ORDERED.  The defendant shall no longer be under pretrial services supervision as a condition of his bond and release; all other orders of his release shall remain in full force and effect.

Dated:  January 31, 2014

                                                          KENDALL J. NEWMAN
                                                          UNITED STATES MAGISTRATE JUDGE