MARK REICHEL (Cal. SBN #155034)
REICHEL & PLESSER LLP
455 Capitol Mall, 8th floor Suite 802
Sacramento, CA. 95814
Tel. (916) 498-9258
Fax (888) 567-2949
E-Mail:  mark@reichellaw.com

Attorney for Defendant
EVAN DENNEY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 12 CR-S-386 JAM |
| | ) | |
| Plaintiff, | ) | ORDER EXONERATING BOND AND |
| | ) | RETURNING FUNDS DEPOSITED TO |
| v. | ) | DEFENDANT |
| | ) | |
| EVAN DENNEY | ) | Date: |
| | ) | Time:. |
| | ) | Judge:  Hon Carolyn K. Delaney |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

The defendant, having been sentenced and now serving his sentence of imprisonment since October 1, 2014, is entitled to the exoneration of his bond and the return of the $10,000 cash bond deposited as part of his release terms. (Docket entries 9, 11, 12, 16).

Approved as to form and content:

/s/ Justin Lee

JUSTIN LEE

Assistant United States Attorney

IT IS SO ORDERED: The bond submitted for the defendant's pretrial release is hereby exonerated and it is ordered that the funds deposited of $10,000 be returned to defendant Evan Denney.

DATED: February 20, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE