MARK REICHEL (Cal. SBN #155034)
REICHEL & PLESSER LLP
455 Capitol Mall, 8th floor Suite 802
Sacramento, CA. 95814
Tel. (916) 498-9258
Fax (888) 567-2949
E-Mail:  mark@reichellaw.com

Attorney for Defendant
EVAN DENNEY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 12 CR-S-386 JAM |
| | ) |
| Plaintiff, | ) AMENDED ORDER EXONERATING BOND |
| | ) AND RETURNING FUNDS DEPOSITED TO |
| v. | ) DEFENDANT |
| | ) |
| EVAN DENNEY | ) Date: |
| | ) Time:. |
| | ) Judge:  Hon Carolyn K. Delaney |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

      The defendant, having been sentenced and now serving his sentence of imprisonment since October 1, 2014, is entitled to the exoneration of his bond and the return of the $10,000 cash bond deposited as part of his release terms. (Docket entries 9, 11, 12, 16).  The funds are to be payable to JOSEPH DENNEY, father of the defendant who posted the bail, and sent to the the law offices of REICHEL, PLESSER L.L.P, 455 Capitol Mall, 8th Floor, Sacramento, CA 95814.  REICHEL, PLESSER will forward the funds to JOSEPH DENNEY.

Approved as to form and content:

/s/ Justin Lee

JUSTIN LEE

Assistant United States Attorney


IT IS SO ORDERED: The bond submitted for the defendant's pretrial release is hereby exonerated and it is ordered that the funds deposited of $10,000 be returned to defendant Evan Denney paid to his father, JOSEPH DENNEY.

Dated:  February 20, 2015

_____

CAROLYN K. DELANEY

UNITED STATES MAGISTRATE JUDGE